

FILED
CLERK, U.S. DISTRICT COURT
11/7/23
CENTRAL DISTRICT OF CALIFORNIA
BY: SL  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S) v. Alexis Daneen Curry DEFENDANT(S). | CASE NUMBER 5:23-mj-00522 CR-23-1293-PHX-GMS DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Indictment
in the _____ District of Arizona on 2023
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 1343
to wit: Wire Fraud

A warrant for defendant's arrest was issued by: Hon.

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
Date

_____
Signature of Agent

Luis A. Batres
Print Name of Agent

USMS
Agency

Deputy U.S Marshal
Title

CR-52 (03/20)  DECLARATION RE OUT-OF-DISTRICT WARRANT