Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
11/7/23
CENTRAL DISTRICT OF CALIFORNIA
BY: SL  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

5:23-mj-00522

UNITED STATES OF AMERICA
V.
Alexis Daneen Curry

PLAINTIFF

USMS# _____

DEFENDANT

CASE NUMBER: CR-23-1293-PHX-GMS

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11-07-2023 at 10:00 ☑ AM ☐ PM
   or
   The defendant was arrested in the Central District of CA. on 11-07-23 at 10:00 ☑ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 1343    18 USC 1957

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes  Language: _____

7. Year of Birth: 1991

8. Defendant has retained counsel: ☑ No
   ☐ Yes  Name: N/A          Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): N/A

11. Name: Luis A. Batres  (please print)

12. Office Phone Number: (213) 798-3592    13. Agency: USMS

14. Signature: /s/ LAB    15. Date: 11-07-23

CR-64 (09/20)              REPORT COMMENCING CRIMINAL ACTION